UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                              Case No. 8:13-cr-189-T-33TGW

ABRAHAM GONZALEZ

_____/

## ORDER

This matter comes before the Court upon consideration of
Defendant Abraham Gonzalez's Motion for Early Termination of
Probation (Doc. # 424), filed on March 22, 2017. For the
reasons below, the Motion is granted.

## Discussion

On February 6, 2014, Defendant was sentenced to 37
months' imprisonment and a term of 24 months' supervised
release. (Doc. # 315). Subsequent thereto, upon Defendant's
motion, the sentence was reduced pursuant to Amendment 782 to
30 months' imprisonment; the term of supervised released
remained unchanged. (Doc. ## 386-388). Defendant now moves
for early termination of supervised release. (Doc. # 424).

In his Motion, Defendant indicates that he began his
term of supervised release on February 25, 2016. (Id.). He
further indicates that "he has successfully completed all the

terms and conditions of his probation without any violations," has "worked part-time with Online Electric," and has become a "state certified . . . master electrician." (Id. at ¶¶ 2, 3).

Notably, the probation officer assigned to supervise Defendant reported to the Court that she has no objection to the early termination of supervised release. The probation officer also verified Defendant's representations regarding employment and avoidance of new arrests. The United States also does not oppose Defendant's Motion. (Id. at ¶ 4).

Therefore, having considered the foregoing, the Court hereby terminates Defendant's term of supervised release effective as of the date of this Order.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

Defendant Abraham Gonzalez's Motion for Early Termination of Probation (Doc. # 424) is **GRANTED**. Defendant's term of supervised release is hereby terminated effective as of the date of this Order.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 23rd day of March, 2017.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE